# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv333

| | |
|---|---|
| AMANDA EVELYN VALENTINE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of the )<br>Social Security Administration, )<br>)<br>Defendant. )<br>_____) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action, pursuant to Rule 42(a)(2) Federal Rules of Civil Procedure [Doc. 10].

The Plaintiff asks that this case be dismissed with prejudice. The Defendant therefore does not object.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss Civil Action, pursuant to Rule 42(a)(2) Federal Rules of Civil Procedure [Doc. 10] is hereby **GRANTED** and this action is hereby **DISMISSED** with prejudice.

Signed: May 9, 2013

Martin Reidinger
United States District Judge